Patrick HANNEKEN,
Plaintiff–Appellant,

v.

DIXON DISTRIBUTING COMPANY, an Illinois Corporation, and Robert L. Dixon, Defendants–Appellees.

No. 86–1896.

United States Court of Appeals,
Seventh Circuit.

Sept. 21, 1988.

Before CUMMINGS and FLAUM, Circuit Judges, and GRANT, Senior District Judge.*

JUDGMENT ORDER

This cause came before the court for decision on remand from the United States Supreme Court, —— U.S. ——, 108 S.Ct. 2813, 100 L.Ed.2d 915 (1988).

On consideration whereof, IT IS ORDERED AND ADJUDGED by this court that the June 29, 1987 judgment of this court is VACATED, and upon remand from the United States Supreme Court the judgment of the United States District Court for the Southern District of Illinois, Alton Division, is REVERSED and the cause is REMANDED to the district court for further proceedings, in accordance with the order of this court entered this date.

---

Sandra C. SCHULTZ and Robert C. Braun, Plaintiffs–Appellees,

v.

Russell FRISBY, George R. Hunt, Robert Wargowski, Harlin Ross, Clayton A. Cramer, and the Town of Brookfield, Defendants–Appellants.

No. 85–2950.

United States Court of Appeals,
Seventh Circuit.

Sept. 22, 1988.

Before BAUER, Chief Judge, and CUMMINGS, WOOD, Jr., CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK and MANION, Circuit Judges.*

JUDGMENT ORDER

This cause came before the court on remand from the United States Supreme Court. —— U.S. ——, 108 S.Ct. 2495, 101 L.Ed.2d 420.

In light of the opinion of the United States Supreme Court reversing the *en banc* decision of this court, IT IS ORDERED that the judgment of the United States District Court for the Eastern District of Wisconsin granting the plaintiffs' request for a temporary injunction is REVERSED, and the cause is REMANDED to the district court for any further proceedings deemed necessary, consistent with the Supreme Court's opinion, in accordance with the order of this court entered this date.